**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **SHAWN ANDREWS and CONSTANT ANDREWS,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**RAM MEDICAL, INC., MEDLINE INDUSTRIES, INC., C.R. BARD, INC., and DAVOL, INC.,**<br><br>    Defendants. | Civil Action No. 7:11-CV-147 (HL) |

**ORDER**

In considering the pending Motion to Quash (Doc. 44), the Court finds that more information is needed before issuing a ruling. The following questions need to be answered:

1. What specific information does Medline Industries, Inc. ("Medline") seek? Raw data from hospital records or data that has been analyzed and compiled by the infection preventionist? What is the source of the information that Medline seeks?

2. Why does Medline want this information?

3. What are the facts and circumstances surrounding the formation and operation of the Infection Prevention and Control Committee (the "Committee")?

4. Who is the infection preventionist mentioned in Tift Regional Medical Center's Motion (Doc. 44-1)?

5. What is the relationship between the infection preventionist and the Committee? Is the infection preventionist a member of the Committee? Is the infection preventionist a member of Tift Regional's staff?

6. How is the spreadsheet prepared by the infection preventionist different from the raw data that is compiled to produce these spreadsheets? Does the infection preventionist retain copies of the spreadsheet after delivery to the Committee?

7. If the raw data were available to Medline, would this satisfy Medline's request?

8. Is the raw data currently available? Where is the data? How can it be obtained?

The parties should attempt to execute a stipulation of fact answering these questions. This stipulation should be filed on or before Friday, June 1, 2012. If the parties cannot agree to a stipulation, an evidentiary hearing will be held. The parties are ordered to inform the Court as soon as possible if it is determined that a hearing is necessary so that the Court may schedule the hearing.

**SO ORDERED,** this 14th day of May, 2012.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebr