IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **SHAWN ANDREWS and CONSTANT ANDREWS,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**RAM MEDICAL, INC.,**<br><br>    Defendant. | Civil Action No. 7:11-CV-147 (HL) |

**ORDER**

On February 7, 2013, the parties in this case filed a notice with the Court of their intent to participate in mediation on March 4, 2013. The parties are ordered to inform the Court no later than March 11, 2013 as to the result of the mediation.

**SO ORDERED**, this 13th day of February, 2013.

                              */s/ Hugh Lawson*
                              **HUGH LAWSON, SENIOR JUDGE**

ebr